**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DAVID RUSSELL POSEY, | : | No. 58 EM 2023 |
| Petitioner | : | |
| v. | : | |
| OFFICE OF JUDICIAL RECORDS, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2023, the "Petition for Review" and the "Petition for Leave to File Post Submission Communication" are DENIED.